**No. 10-9114. Steven Vernon Bixby, Petitioner v. South Carolina.**

563 U.S. 963, 131 S. Ct. 2154, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3313.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 388 S.C. 528, 698 S.E.2d 572.

**No. 10-9116. Steven Lewis Barnes, Petitioner v. George Dedmondt, et al.**

563 U.S. 963, 131 S. Ct. 2154, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3228.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 928.

**No. 10-9117. Kenneth Hunt, Petitioner v. Harold Smith, et al.**

563 U.S. 963, 131 S. Ct. 2154, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3328, ■

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 383 Fed. Appx. 577.

**No. 10-9118. Grady O. Mullins, Petitioner v. William Donat, et al.**

563 U.S. 963, 131 S. Ct. 2155, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3195.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9119. Joseph Montgomery, Petitioner v. Illinois.**

563 U.S. 963, 131 S. Ct. 2155, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3314.

April 25, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 404 Ill. App. 3d 1170, 374 Ill. Dec. 1078, 996 N.E.2d 773.

**No. 10-9125. Louis Michael Winkler, Petitioner v. South Carolina.**

563 U.S. 963, 131 S. Ct. 2155, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3290.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 388 S.C. 574, 698 S.E.2d 596.

**No. 10-9126. Paul Villanueva, Petitioner v. Illinois.**

563 U.S. 963, 131 S. Ct. 2155, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3267.

April 25, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 1143, 371 Ill. Dec. 290, 989 N.E.2d 1218.

**No. 10-9129. Tracy Nixon, Petitioner v. GMAC Mortgage Corporation.**

563 U.S. 963, 131 S. Ct. 2155, 179 L. Ed. 2d 940, 2011 U.S. LEXIS 3230.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 833.